### WAY agᵗ WILLIAMS

Livᵗ Richᵈ Way Attourny unto mʳˢ Elizabeth Freake Admˣ unto the Estate of mʳ John Freake decᵈ plaint. agᵗ John Williams of Boston Boateman Defendᵗ in an action of debt for witholding nineteen pounds eleven Shillings & ten pence as appeares by Note under his hand & Booke wᵗʰ forbearance & other due damages according to attachmᵗ datᵈ April: 17° 1676. . . . The Jury . . . founde for the plaint. due by note according to attachmᵗ Nineteen pounds eleven Shillings ten pence & costs of Court being twenty three Shillings & eight pence.

### TRUMBEL agᵗ LYNDE

John Trumbel Junioʳ plaint. agᵗ Simon Lynde of Boston Merchᵗ Defendᵗ according to attachmᵗ datᵈ February 19° 1675. The plaint. withdrew his action.

### HOLMES etc. agᵗ BUTLER

Samuel Holmes & Jsaac White or either of them plaintˢ agᵗ Steven Butler Defendᵗ in an action of the case for witholding of a debt of Fiveteen pounds ten Shillings due for worke done according to Covenant between them with interest & all other due damages according to attachmᵗ dat. 18. 2. 1676. . . . The Jury . . . founde for the plaintˢ Fiveteen pounds ten Shillings mony according to bargain & costs of Court being thirty four Shillings & eight pence.

Execucion issued April: 28° 1676. [ 371 ]

### TAY agᵗ HAWKINS

John Tay plaint. agᵗ William Hawkins Defendᵗ in an action of defamation for that Hanna Hawkins wife of the sᵈ William Hawkins hath defamed Elizabeth wife of the sᵈ John Tay in her name by reporting that the sᵈ Elizabeth Tay did steale a card of bonelace at a warehouse or words to that effect whereby they are greatly damnified & other due damages according to attachmᵗ datᵈ March: 21° 1675. . . . The Jury . . . found for the Defendᵗ costs of Court.

### CLEARE agᵗ PAINE

John Cleare junioʳ plaint. agᵗ Moses Paine Senioʳ Defendᵗ in an action of the case for witholding of a legacie given to Elizabeth the